

**IN THE**
**TENTH COURT OF APPEALS**

**No. 10-20-00104-CV**

**IN THE INTEREST OF JU.D., JO.D., AND JI.D., CHILDREN**

**From the 52nd District Court**
**Coryell County, Texas**
**Trial Court No. DC-19-49307**

**MEMORANDUM OPINION**

Appellant appeals the trial court's Order of Termination signed on January 22, 2020. In a letter dated March 23, 2020, the Clerk of this Court notified appellant that the appeal was subject to dismissal because it appeared the notice of appeal was untimely. Appellant was further informed that because the trial court's Order of Termination was signed on January 22, 2020, and an appeal in a parental rights termination case is governed by the rules of appellate procedure for accelerated appeals, the notice of appeal was due February 11, 2020. *See* TEX. R. APP. P. 26.1(b); 28.4(a)(1). Appellant's notice of appeal was not filed until March 18, 2020.

In the same letter, appellant was also warned that the Court would dismiss the appeal without further notification unless, within 14 days from the date of the letter, a response was filed showing grounds for continuing the appeal. Appellant timely responded but did not show grounds for continuing the appeal. The primary argument made by appellant is that counsel was not notified of his appointment as appellate counsel for appellant until it was too late to timely file a notice of appeal. Appellant has, however, provided no authority or argument that would authorize the late filed notice of appeal to invoke our appellate jurisdiction in this proceeding.

Accordingly, this appeal is dismissed for want of jurisdiction.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Neill
Appeal dismissed
Opinion delivered and filed April 15, 2020
[CV06]

